United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Richard Ramsdell, et al., | NO. C 03-02652 JW |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Lenscrafters, Inc., | |
| Defendant. | |

Pursuant to the parties' stipulation, the Court vacates the presently scheduled case management conference for August 22, 2005. The new case management conference is scheduled for **November 21, 2005 at 10 a.m.**, which is a month after the scheduled September 21, 2005 mediation.

Pursuant to the local rules of court, the parties shall file a joint case management statement no later than ten (10) days before the conference, which should include an update on the status of settlement and other issues in the case.

Dated: August 9, 2005                                    /s/ James Ware
                                                         JAMES WARE
                                                         United States District Judge

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Brian Christopher Sinclair bsinclair@rutan.com
Eric Sternberger esternberger@tlsgroup.com
3  James L. Morris jmorris@rutan.com
Paul Sheldon Sanford P4762468@aol.com
4  Peter C. Lagarias pcl@tlsgroup.com
Robert Samuel Boulter rsb@tlsgroup.com

6  **Dated: August 9, 2005**             **Richard W. Wieking, Clerk**

                                          **By:   /s/ JW Chambers**
                                                  **Ronald L. Davis**
                                                  **Courtroom Deputy**

**United States District Court**
For the Northern District of California