IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD RAMSDELL,<br><br>  Plaintiff(s),<br>v.<br><br>LENSCRAFTERS INC,<br><br>  Defendant(s). | NO. C 03-02652<br><br>**ORDER VACATING HEARING ON DEFENDANT'S MOTION FOR JUDGMENT ON THE PLEADINGS AND CONTINUING CASE MANAGEMENT CONFERENCE.** |

On November 15, 2005, Defendant filed a Memorandum of Points and Authorities in Support of Motion Notice of Withdrawal of Motion by Defendant Lenscrafter for Judgment on the Pleadings presently scheduled for a hearing on Monday, November 21, 2005. (See Docket Item No. 79.) The parties also filed a Joint Motion for Settlement For Preliminary Approval of Proposed Settlement. (See Docket Item No. 80.)

In light of these developments, the Court vacates the hearing and case management conference on November 21, 2005. The Court sets a new case management conference for **December 19, 2005 at 10 a.m.**

Dated: November 15, 2005

_James Ware_
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Robert S. Boulter, rsb@tlsgroup.com
Paul S. Sanford, rsb@tlsgroup.com
Brian C. Sinclair, bsinclair@rutan.com
James L. Morris, jmorris@rutan.com
Eric Sternberger, esternberger@tlsgroup.com

**Dated: November 15, 2005**            **Richard W. Wieking, Clerk**

**By:   /s/ JW Chambers**
         **Ronald L. Davis**
         **Courtroom Deputy**

**United States District Court**
For the Northern District of California