IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RICHARD RAMSDELL, an individual, on behalf of himself and others similarly situated,<br><br>　　　　Plaintiff,<br>　v.<br><br>LENSCRAFTERS INC,<br><br>　　　　Defendant. | NO. C 03-02652<br><br>**ORDER RESETTING NEW HEARING DATE FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT AND PLAINTIFF'S MOTION FOR PRELIMINARY APPROVAL OF AN AWARD OF ATTORNEYS' FEES AND COSTS** |

　　　　Having just received Chambers' copies of the parties' proposed orders in the above entitled motions today, the Court vacates the hearing date of November 21, 2005. The Court sets a new hearing and case management conference for **December 5, 2005 at 9 a.m.** The previously scheduled case management conference for December 19, 2005 is effectively vacated.

Dated: November 16, 2005

　　　　　　　　　　　　　　　　　　　　/s/ James Ware
　　　　　　　　　　　　　　　　　　　　JAMES WARE
　　　　　　　　　　　　　　　　　　　　United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Robert S. Boulter, rsb@tlsgroup.com
Paul S. Sanford, rsb@tlsgroup.com
Brian C. Sinclair, bsinclair@rutan.com
James L. Morris, jmorris@rutan.com
Eric Sternberger, esternberger@tlsgroup.com

Dated: November 16, 2005          Richard W. Wieking, Clerk

By:   /s/ JW Chambers
      **Ronald L. Davis**
      **Courtroom Deputy**